1

RIVERA & ASSOCIATES

2  2180 Harvard St., Suite 310
   Sacramento, California 95815

3  Tel: 916-922-1200 Fax: 916 922-1303
   email: shanan@jmr-law.net

4

5  Jesse M. Rivera, CSN 84259
   Shanan L. Hewitt, CSN 200168

6  Kelly A. Yokley, CSN 192015
   Jonathan B. Paul, CSN 215884

7

8  Attorney for Defendants

9  Ellen C. Dove, Esq.
   5325 Elkhorn Blvd., Suite 160

10 Sacramento, CA 95842
   Tel: 916-331-0111 Fax: 916-726-8576

11

12 Attorney for Plaintiff

13

14           IN THE UNITED STATES DISTRICT COURT

15           FOR THE EASTERN DISTRICT OF CALIFORNIA

16

17 MICHAEL R. SHUCK              )   CASE NO. 2:12-cv-00177 GEB EFB
                                 )
          Plaintiff,             )
18                               )   ORDER ON STIPULATED
                                 )   REQUEST TO EXTEND DEFENDANTS'
19 vs.                           )   TIME TO FILE A RESPONSIVE
                                 )   PLEADING
20                               )
   SACRAMENTO COUNTY SHERIFF'S   )
21 DEPARTMENT, et al.,           )
                                 )
22        Defendants.            )
                                 )
23 _____   )

24 **GOOD CAUSE** appearing, the Court hereby grants Defendants SACRAMENTO COUNTY

25 SHERIFF'S DEPARTMENT, DEPUTY WALKER, DEPUTY NOFSINGER, DEPUTY COLE,

26 SGT. LEE, DEPUTY FANCHER, DEPUTY MONTREULL, DEPUTY D. BRACE, and

27 DEPUTY SCHUMAKER's request for a thirty (30) day extension of time from the date of filing

28 of Plaintiff's amended complaint in which to file a responsive pleading in this action.

**IT IS SO ORDERED.**

Dated:  January 30, 2012

_____

GARLAND E. BURRELL, JR.

United States District Judge