1
2
3
4

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. SHUCK,            ) | CASE NO.: 2:12-cv-00177 GEB EFB |
|                              ) | |
|         Plaintiff,           ) | |
|                              ) | ORDER TO CONTINUE |
|    v.                        ) | SETTLEMENT CONFERENCE |
|                              ) | |
| SACRAMENTO COUNTY SHERIFF'S  ) | |
| DEPARTMENT, DEPUTY WALKER,   ) | |
| DEPUTY NOFSINGER, DEPUTY COLE,) | |
| SGT. LEE, DEPUTY FANCHER, DEPUTY) | |
| MONTREULL, DEPUTY D. BRACE,  ) | |
| DEPUTY SCHUMAKER, and DOES 1 – 30,) | |
|                              ) | |
|         Defendants.          ) | |
|                              ) | |

   IT IS HEREBY ORDERED the Settlement Conference in this matter, now scheduled for October 25, 2012, at 10:00 AM, be rescheduled to convene at 10:00 AM on November 9, 2012, in Courtroom #24.

Dated:   October 16, 2012

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE