# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. SHUCK, ) | CASE NO.: 2:12-cv-00177 GEB EFB |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE |
| v. ) | SETTLEMENT CONFERENCE |
| ) | |
| SACRAMENTO COUNTY SHERIFF'S ) | |
| DEPARTMENT, DEPUTY WALKER, ) | |
| DEPUTY NOFSINGER, DEPUTY COLE, ) | |
| SGT. LEE, DEPUTY FANCHER, DEPUTY ) | |
| MONTREULL, DEPUTY D. BRACE, ) | |
| DEPUTY SCHUMAKER, and DOES 1 – 30,) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY ORDERED the Settlement Conference in this matter, now scheduled for October 25, 2012, at 10:00 AM, be rescheduled to convene at 10:00 AM on November 9, 2012, in Courtroom #24.

Dated:   October 16, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE