IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL R. SHUCK,

    Plaintiff,

v.

SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DEPUTY WALKER, DEPUTY NOFSINGER, DEPUTY COLE, SGT. LEE, DEPUTY FANCHER, DEPUTY MONTREULL, DEPUTY D. BRACE, DEPUTY SCHUMAKER, and DOES 1-30,

    Defendants.

No. 2:12-cv-00177-GEB-EFB

<u>ORDER RE SETTLEMENT & DISPOSITION</u>

    Pursuant to the representations of counsel for the parties at a Settlement Conference conducted in Chambers on November 9, 2012, the court has determined that the above-captioned case has settled.

    The court now orders that dispositional documents are to be filed not later than December 27, 2012.

    All hearing dates set in this matter are **VACATED.**

////

////

////

1

1    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2    IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3    CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.
4       IT IS SO ORDERED.
5       DATED:  November 9, 2012.

                                        _____
                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE